MB

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Deilrtta Thomas

**RECEIVED**

MAR 2 6 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

V.

13CV2272
Judge Der-Yeghiayan
Mag. Judge Mason

E.Z Movers / Nick-Supervisor

**Defendant(s)**

Complaint
See Attachment

Dellrtta Thomas

3-26-13

Dellrita Thomas )   United States District Court
            )   Northern District of Illinois
   Plaintiff )
            )
E.Z "Movers" / Nick-Supervisor )
            )
   Defendant )

**COMPLAINT**

Dec- 2012

E.Z movers- men moved furniture / personal items / boxes - from 12- Washington to Extra-Space storage-Company. The move / unloading was about 1 hour/half. The balance for the move / unloading was estimated $569. due to the timing 1 hour and a half at 100.00 hr. Completion time was 1hr ½ = (100.50) The problem is I was asked to present the balance - before the truck was unload. I also was asked to sign documents before leaving my apartment in regard to the move- Didn't know the guys were going to with hold my money and keep the change without my consent. I left a deposit of $100.00 before the move-
I presented a $200.00 money order
I presented 260.00 in -cash

Delketa Thomas
Plaintiff

v.

EZ "Movers" / Nick-Supervisor
Defendant

United States District Court
Northern District of Illinois

## COMPLAINT

The driver wrote on a receipt - 219.00 in Cash - which wasn't true - and I didn't receive the final receipt - until after the driver - returned to his truck with the doors lock and the window down. Before this situation occurred - I asked for a receipt while presenting my cash to him and he said - I'll give you one later. In which he presented the receipt - and didn't record the correct amount - 260.00 In Cash
200.00 Money order
100.00 Deposit

Balance - 519.75. I didn't receive my change -

I called the office and spoke with the Billing Department and I was told - the Company will investigate - after-callups

_Dellita Thomas_
Plaintiff

United States District Court
Northern District of Illinois

v.

E.Z. Movers / supervisor - Nick
Defendant

## COMPLAINT

Several times, (the) Kelly-Reed And Bryant finally-came to a conclusion - My word against the Movers- "I don't feel there's a need to lie about- the movers- Keeping my money. I very upset about how the Supervisor- Nick, and Kelly, Bryant handle the situation, I would like to be compensated for- Pain / Suffering- And- for- how unprofessional - the Matter- was handle - Not responding during a timely- matter- Inconsiderate of the feelings of the customer-; I would have given a tip, and would have reccamended their services to others; Considering how this matter was handle I'm very very upset; I also submitted a request to BBB == m requesting my- change- and MORE- Considering the inconvience.

_Dellita Thomas_

To whom it may concern:

I Dellrita Thomas used your services last year December 2012 and The driver had me to sign a document in regard to the move and delivery; Upon unloading the driver asked for more money in which I had to pay cash and money orders; I presented the driver a 200.00 Money Order and 260.00 in cash. I also left a 100.00 Deposit there for the total Amount of my bill was Quoted $569.00 only if it take 2 hours for unloading in which it took 1 hour and a half in which the driver also quoted "If we finish before the 2 hour time/he'll return some of my money; I also asked him for a hand written receipt upon unloading because I knew there could have been a problem; The driver said sure I'll give you your receipt after everything is over; he gets inside of his truck and write the receipt and then pull off; I notice the error and called the company and the Customer service person act as though she was going to solve the matter ; She allowed the situation to get so far out of hand until now she said it's my word against the driver; This isn't fair and I like to be compensated for my funds and false advertisement whereas the Drivers asked for the money right up before the unloading began and then in my case I had to use money due to no more money orders;

I would like to speak with the owner and the Corporate Office in regard to such matter:
The services were great and I would probably used them again but not with Cash only Credit or Debit Card:

Please respond as soon as possible:
Dellrita Thomas
PO Box 134
Oak Park IL 60303

708 714 6223

| **BBB serving Chicago & Northern Illinois** | |
|---|---|
| COMPLAINT ACTIVITY REPORT  Case # 94431947 | |
| *Consumer Info: E-Z Movers<br>Thomas, Dellrita<br>PO Box 134<br>Oak Park, IL 60303-0134<br>- 708 714-6223 | Business Info: E-Z Movers, Inc.<br>3400 Oakton St<br>Skokie, IL 60076-2951<br>888 917-8300 |

**Consumer's Original Complaint :**
Saturday 12/22/12

E-Z Movers staff moved my items from my home and the total timing was 4 hours and a half:  I deposit a 100.00 for the service and upon completion ;  I presented the guy a 200.00 money order and 260.00 in cash;  The total estimation was 569.00 but if the guys didn't take as long as they estimated I was to get some of my money return;  I looked at the receipt after he left and wonder why I didn't rereceive my difference; The guy wrote he received 219.75 in cash and the total was 519.75;
But the guy received 200.00 in a money order
        260.00 in cash
        100.00 deposit
the total bill was 519.75

I spoke with Kelly Reed and she staed she;ll try to contact the man;  I left 2 messages for Bryant and I haven't heard from him;  I also spoke to a young lady and explained everything to her but no response;
I need my money and I don't appreciate being cheated out of my money, because I don't have money to give away.

**Consumer's Desired Resolution:**
I feel like I'm on a Roller Coaster ride; Please give me my money and more for mental stress, taking my money  without my permission.Dellrita Thomas 708 714 6223

**BBB Processing**

| | | |
|---|---|---|
| 12/27/2012 | web BBB | Case Received by BBB |
| 12/27/2012 | web BBB | Case Reviewed by BBB |
| 12/27/2012 | Otto MAIL | Send Acknowledgement to Consumer |
| 12/27/2012 | Otto EMAIL | Inform Business of Case |
| 01/02/2013 | WEB BBB | RECEIVE BUSINESS RESPONSE : Ms. Thomas, |

    Everything was marked on the bill of lading detailing the payments made in reference to your move. An Estimate is only an estimate and the documents are self-evident that you were agreeing to pay the foreman's estimate and that you paid less because the move time was shorter than expected. You signed your contract acknowledging these details. Please see the attached.
    Sincerely,
    Kelly Reed

| | | |
|---|---|---|
| 01/02/2013 | rdd  MAIL | Forward Business Response to Consumer |
| 01/12/2013 | WEB BBB | RECEIVED CONSUMER REBUTTAL : (The consumer indicated he/she DID NOT accept the response from the business.) |

The Customer Service Rep wasn't there when I presented 260.00 to the mover, therefor she can only agree with what he wrote on the receipt;  Verbally the mover explained to me if he completes the job sooner then he'll reinverse me therefor he owes me $40.oo ;  I signed documents in the beginning and was aware I'm to pay before the movers unload merchandise; I really like the service / I don't like the ideal of the information the sales Rep stated; She wasn't there and I need my money. Thank You
708 714 6223
708 714 7877

| | | |
|---|---|---|
| 01/14/2013 | rdd  EMAIL | Forward Consumer Rebuttal to Business |
| 01/25/2013 | OttO BBB | No Response from Business re: Consumer Rebuttal |
| 01/25/2013 | rdd  BBB | Bureau Judged Case Resolved |
| 01/25/2013 | Otto BBB | Inform Consumer - Case Closed AJR |
| 01/25/2013 | Otto EMAIL | Inform Business - Case Closed AJR |
| 01/25/2013 | Otto BBB | Case Closed AJR |



BBB serving Chicago & Northern Illinois
330 N. Wabash Ave Ste 3120
Chicago, IL 60611-7621
Tel: 312-832-0500   Fax: 312-832-9985

January 28, 2013

Dellrita Thomas
PO Box 134
Oak Park, IL 60303-0134

RE: Case # 94431947: E-Z Movers, Inc.

We have received your most recent correspondence in the above-mentioned case. Based on our review of all the information provided regarding your case, the BBB determined the company addressed all the issues and made a good faith and reasonable effort to resolve them, although it appears you were not satisfied with the outcome. Therefore, your case is being closed at our BBB as administratively resolved, and will be reflected as such in the company's business review for 36 months, the BBB's reporting period.

Should you wish to pursue this matter further, we suggest you contact Small Claims Court at (312) 603-5626 (Cook County) or (815) 319-4500 (Winnebago County), or discuss possible legal action with an attorney of your choice. We are unable to assist you further, but we thank you for giving us the opportunity to serve you.

Sincerely,

Rhonda Drew
Assistant Manager, Automotive Services
rdrew@chicago.bbb.org

# UNIFORM HOUSEHOLD GOODS BILL OF LADING AND FREIGHT

## E-Z Movers, Inc.
### 3400 Oakton Street • Skokie, IL 60076
### 1-888-917-8300 • Fax 847-568-9388
#### Local • Long Distance • Commercial

ICC 68109
NO. MC. 321222
USDOT 692922

JOB NO. 1354121
Local Moving
Brian Ross
Brian Ross

Bill of Lading No. _____

**IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

CONNECTING OR INTERLINING CARRIER (IF ANY) _____ ADDRESS _____ PHONE _____

RECEIVED, subject to classification, tariffs, rules and regulations including all terms printed or stamped hereon or on the reverse side hereof in effect on the date of issue of this bill of lading.

SHIPPER **THOMAS, DELLRITA**
ADDRESS **12 Washington Blvd, Apt # 219** DATE _____
FLOOR ___ ELEV. ___ COUNTY ___ TEL **(708)714-7877**
CITY **Oak Park** STATE **IL** ZIP **60302**

CONSIGNED TO **THOMAS, DELLRITA** DATE _____
ADDRESS **2051 N Austin Ave, Apt # Strge**
FLOOR ___ ELEV. ___ COUNTY ___ TEL ___
CITY **Chicago** STATE **IL** ZIP **60639**

ACTUAL PICKUP DATE **12/22/2012** | AGREED PICKUP DATE or period of time **12/22/2012** | AGREED DELIVERY DATE **12/22/2012** (if applicable)

ILL. TARIFF NO. ___ ITEM ___ SCHEDULE ___

### LOCAL MOVING

| VANS USED | PERSONNEL USED | TIME | | HOURS | RATE | CHARGE |
|---|---|---|---|---|---|---|
| 1 | 3 | 10:00 | TO 14:30 | 4.5 | 99.00 | 445.50 |
| | | | TO | | | |
| | | | TO | | | |
| | | | TO | | | |
| MILEAGE CHARGE – TRAVEL TIME | | | | 0.75 | 99.00 | 74.25 |
| MILEAGE CHARGE – NO. OF MILES | | | | | 0 | |
| | | | | TOTAL LOCAL CHARGES | | 519.75 |

**NOTIFICATION OF CHARGES**
SHIPPER REQUESTS NOTIFICATION OF ACTUAL CHARGES TO (C.O.D. SHIPPERS ONLY) PARTY SHOWN BELOW ☐
NOTIFY _____
ADDRESS _____ TEL. _____
IN CASE OF DELAY, OR IF CHARGES EXCEED ESTIMATE BY MORE THAN 10%
NOTIFY _____
ADDRESS _____ TEL. _____

**ESTIMATED AMOUNT DUE TO CARRIER IN CASH OR MONEY ORDER ONLY.**

BILLING INFORMATION
NOTIFY _____
ADDRESS _____
CITY & STATE _____
ATTENTION OF _____

SPECIAL SERVICES: ☐ Excl. Use of Veh. ___ Cu. Ft. ☐ Expedited Service
☐ Space Res. ___ Cu. Ft. ☐ Complete Occupancy
Moving at ___ Lbs. Actual ___ Lbs.

### INTER-CITY MOVING

| NET WEIGHT | LBS. | MILES | |
|---|---|---|---|
| ADD'L TRANSP. CHARGE | ORIG. | DEST. | |
| EXTRA PICKUP OR DELIVERY CHARGE | | | |
| HOISTING OR PIANO CHARGE | | | $0.00 |
| STAIR CARRY | ORIG. | DEST. | $0.00 |
| ELEVATOR | ORIG. | DEST. | |
| EXTRA LABOR | NO. OF HOURS | | |
| S.I.T. | DATE IN | DATE OUT | $0.00 |
| S.I.T. PICKUP OR DELIVERY | Materials(Office) | | $0.00 |
| S.I.T. WAREHOUSE HANDLING | | | |
| APPLIANCE SERVICE | ORIG. | DEST. | |
| | TOTAL INTER-CITY CHARGES | | |

SHIPPER REQUESTED REWEIGH ☐
| | ORIGINAL | REWEIGH |
|---|---|---|
| GROSS WEIGHT | | |
| TARE WEIGHT | | |
| NET WEIGHT | | |
| IN. WEIGHT | | |

FOR LIABILITY AND VALUATION PURPOSES HOUSEHOLD GOODS SHALL BE DEEMED TO WEIGH (7) POUNDS PER CUBIC FOOT.
CUBIC FEET ___ @7 per cu. ft. ___ lbs.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIERS TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $_____

### CONTAINERS | PACKING SCHEDULE | UNPACKING SCHEDULE

| | | QTY. | RATE | EXT. | QTY. | RATE | EXT. | QTY. | RATE | EXT. |
|---|---|---|---|---|---|---|---|---|---|---|
| BARREL: | Barrel, drum, or specially designed container | | $7.50 | | | | | | | |
| CARTONS: Less than 3 cu. ft. | | | $3.00 | | | | | | | |
| | 3 cu. ft. | | $4.00 | | | | | | | |
| | 4½ cu. ft. | | $5.00 | | | | | | | |
| | 6 cu. ft. | | $6.50 | | | | | | | |
| PAPER | | | $10.00 | | | | | | | |
| WARDROBE CARTON RENT | | | $5.00 | | | | | | | |
| CRIB MATTRESS CARTON | | | $5.00 | | | | | | | |
| MATTRESS CARTONS | not exceeding 39" x 75" | | $35.00 | | | | | | | |
| | not exceeding 54" x 75" | | $0.00 | | | | | | | |
| | not exceeding 54" x 75" | | | | | | | | | |
| BUBBLE WRAP 12 ft. | | | $15.00 | | | | | | | |
| MATTRESS COVER (Paper or Plastic) | | | $15.00 | | | | | | | |
| MIRROR | | | $7.50 | | | | | | | |
| LAMP | | | $7.50 | | | | | | | |

TOTAL CONTAINERS PACKING AND UNPACKING

| ACTUAL PICKUP DATE | AGREED PICKUP DATE | AGREED DELIVERY DATE or period of time |
|---|---|---|
| 12/22/2012 | 12/22/2012 | 12/22/2012 (if applicable) |

ILL. TARIFF NO. _____ ITEM _____ SCHEDULE _____

## NOTIFICATION OF CHARGES

SHIPPER REQUESTS NOTIFICATION OF ACTUAL CHARGES TO (C.O.D. SHIPPERS ONLY)    PARTY SHOWN BELOW ☐

NOTIFY _____
ADDRESS _____ TEL. _____

IN CASE OF DELAY, OR IF CHARGES EXCEED ESTIMATE BY MORE THAN 10%

NOTIFY _____
ADDRESS _____ TEL. _____

**ESTIMATED AMOUNT DUE TO CARRIER IN CASH OR MONEY ORDER ONLY.**

BILLING INFORMATION

NOTIFY _____
ADDRESS _____
CITY & STATE _____
ATTENTION OF _____

SPECIAL SERVICES: ☐ Excl. Use of Veh. ____ Cu. Ft. ☐ Expedited Service
☐ Space Res. ____ Cu. Ft. ☐ Complete Occupancy
Moving at ____ Lbs., Actual ____ Lbs.

### LOCAL MOVING

| VANS USED | PERSONNEL USED | TIME | | HOURS | RATE | CHARGE |
|---|---|---|---|---|---|---|
| 1 | 3 | 10:00 | TO 11:30 | 4.5 | 99.00 | 445.50 |
| | | | TO | | | |
| | | | TO | | | |
| | | | TO | | | |

| MILEAGE CHARGE – TRAVEL TIME | | | 0.75 | $99.0 | $74.25 |
| MILEAGE CHARGE – NO. OF MILES | | | | 0 | |

TOTAL LOCAL CHARGES    519.75

### INTER-CITY MOVING

| NET WEIGHT | LBS. | MILES |
| ADD'L TRANSP. CHARGE | ORIG. | DEST. |
| EXTRA PICKUP OR DELIVERY CHARGE | | |
| HOISTING OR PIANO CHARGE | | $0.00 |
| STAIR CARRY | ORIG.   DEST. | $0.00 |
| ELEVATOR | ORIG.   DEST. | |
| EXTRA LABOR | NO. OF HOURS | |
| S.I.T. | DATE IN   DATE OUT | $0.00 |
| S.I.T. PICKUP OR DELIVERY | Materials(Office) | $0.00 |
| S.I.T. WAREHOUSE HANDLING | | |
| APPLIANCE SERVICE | ORIG.   DEST. | |

TOTAL INTER-CITY CHARGES

---

**SHIPPER REQUESTED REWEIGH** ☐

| | ORIGINAL | REWEIGH |
|---|---|---|
| GROSS WEIGHT | | |
| TARE WEIGHT | | |
| NET WEIGHT | | |
| MIN. WEIGHT | | |

FOR LIABILITY AND VALUATION PURPOSES HOUSEHOLD GOODS SHALL BE DEEMED TO WEIGH (7) POUNDS PER CUBIC FOOT.
CUBIC FEET _____ @7 per cu. ft. _____ lbs.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIERS TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ _____
$ 0.30 per pound per article
(TO BE COMPLETED BY PERSON SIGNING BELOW)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A MAXIMUM VALUE EQUAL TO $2.00 TIMES THE WEIGHT OF THE SHIPMENT IN POUNDS.

SHIPPER _____ DATE _____
Driver Sign. (Origin) _____ Date _____
Driver Sign. (Dest.) _____ Date _____

| | CONTAINERS | | | PACKING SCHEDULE | | | UNPACKING SCHEDULE | | |
|---|---|---|---|---|---|---|---|---|---|
| | QTY. | RATE | EXT. | QTY. | RATE | EXT. | QTY. | RATE | EXT. |
| BARREL: Barrel, drum, or specially designed container | | $7.50 | | | | | | | |
| CARTONS: Less than 3 cu. ft. | | $3.00 | | | | | | | |
| 3 cu. ft. | | $4.00 | | | | | | | |
| 4½ cu. ft. | | $5.00 | | | | | | | |
| 6 cu. ft. | | $6.50 | | | | | | | |
| PAPER | | $10.00 | | | | | | | |
| WARDROBE CARTON RENT | | $5.00 | | | | | | | |
| CRIB MATTRESS CARTON | | $5.00 | | | | | | | |
| MATTRESS CARTONS not exceeding 39" x 75" | | $35.00 | | | | | | | |
| not exceeding 54" x 75" | | $0.00 | | | | | | | |
| not exceeding 54" x 75" | | | | | | | | | |
| BUBBLE WRAP 12 ft. | | $15.00 | | | | | | | |
| MATTRESS COVER (Paper or Plastic) | | $15.00 | | | | | | | |
| MIRROR | | $7.50 | | | | | | | |
| LAMP | | $7.50 | | | | | | | |
| TAPE | | $2.50 | | | | | | | |
| MINIMUM CHARGE PER CRATE | | $0.00 | | | | | | | |
| | TOTAL CONTAINERS | | | TOTAL PACKING | | | TOTAL UNPACKING | | |

TOTAL CONTAINERS PACKING AND UNPACKING ↓

TOTAL PACKING CHARGES

| VALUATION CHARGE $ | @ | per $100, or fraction thereof |
| TRIP TRANSIT | | RATE PER $100.00 |

### TOTAL CHARGES FOR ABOVE SERVICES    519.75

Maximum amount to be paid at time of delivery to obtain delivery of an estimated C.O.D. shipment

Prepayment Collected by _Deposit 100_
YOU ARE OBLIGATED TO PAY BALANCE IN 30 DAYS    **BALANCE DUE →** 219.75

DELIVERY ACKNOWLEDGEMENT: SHIPMENT WAS RECEIVED IN APPARENT GOOD CONDITION EXCEPT AS NOTED IN INVENTORY AND SERVICES ORDERED WERE PERFORMED

SIGNED _____ DATE _____

**ORIGINAL BILL OF LADING**